AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| JOHN P. JOHNSON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| FULTON, FRIEDMAN & GULLACE, LLP<br>CHRISTINE SHILEIKIS<br>CARRIE D. TAYLOR<br>ASSET ACCEPTANCE, LLC | )<br>)<br>)<br>) | **SA14CA0210** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FULTON, FRIEDMAN & GULLACE, LLP
Attention: Carrie D. Taylor
1001 Texas Avenue, Suite 500
Houston, TX 77002
℅ Johnetta D. Lang

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **WILLIAM G. PUTNICKI**

Date: March 10, 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CARRIE D. TAYLOR**

was received by me on *(date)* **March 11, 2014** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Mailed via certified USPS mail to registered agent.

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0** .

I declare under penalty of perjury that this information is true.

Date: **March 11, 2014**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

JOHN P. JOHNSON

*Plaintiff(s)*

v.

FULTON, FRIEDMAN & GULLACE, LLP
CHRISTINE SHILEIKIS
CARRIE D. TAYLOR
ASSET ACCEPTANCE, LLC

*Defendant(s)*

Civil Action No. SA14CA0210FB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FULTON, FRIEDMAN & GULLACE, LLP
Attention: Legal Department
1001 Texas Avenue, Suite 500
Houston, TX 77002
℅ Johnetta D. Lang

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT WILLIAM G. PUTNICKI

Date: March 10, 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **FULTON, FRIEDMAN & GULLACE, LLP**
was received by me on *(date)* **March 11, 2014** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Mailed via certified USPS mail to registered agent.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: March 11, 2014

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

JOHN P. JOHNSON )
)
*Plaintiff(s)* )
)
v. ) Civil Action No.
)
FULTON, FRIEDMAN & GULLACE, LLP ) SA14CA0210 FB
CHRISTINE SHILEIKIS )
CARRIE D. TAYLOR )
ASSET ACCEPTANCE, LLC )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FULTON, FRIEDMAN & GULLACE, LLP
Attention: Christine Shileikis
1001 Texas Avenue, Suite 500
Houston, TX 77002
c/o Johnetta D. Lang

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **WILLIAM G. PUTNICKI**

Date: March 10, 2014    _Diana Garcia_
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **CHRISTINE SHILEIKIS**

was received by me on *(date)* __March 11, 2014__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Mailed via certified USPS mail to registered agent.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __March 11, 2014__

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| JOHN P. JOHNSON <br> *Plaintiff(s)* <br> v. <br> FULTON, FRIEDMAN & GULLACE, LLP <br> CHRISTINE SHILEIKIS <br> CARRIE D. TAYLOR <br> ASSET ACCEPTANCE, LLC <br> *Defendant(s)* | Civil Action No. <br><br> SA14CA0210 FB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASSET ACCEPTANCE, LLC
211 E. 7th ST., Suite 620
Austin, TX 78701
℅ Corporation Service Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT WILLIAM G. PUTNICKI

Date: March 10, 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ASSET ACCEPTANCE, LLC
was received by me on *(date)* March 11, 2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Mailed via certified USPS mail.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: March 11, 2014

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: